IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PENNY P. ORNER, Individually** | : | **CIVIL ACTION** |
| **And On Behalf of All Others** | : | |
| **Similarly Situated** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **CROCODILE ENTERPRISES, INC. and** | : | |
| **KURT E. LINNEMAN** | : | **NO. 21-3603** |

## ORDER

**NOW**, this 5th day of July, 2022, upon consideration of the Plaintiff's Unopposed Motion to Approve Collective Action Settlement and Attorney Fees (Doc. No. 23) and the Settlement Agreement and Release of Claims attached to the motion, it is **ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that:

1. The Settlement Agreement is **APPROVED** as a fair and reasonable resolution of this action under Section 16(b) of the Fair Labor Standards Act, 29 U.S.C. § 216(b) ("FLSA").

2. The following class is certified, for settlement purposes only, pursuant to Section 16(b) of the FLSA:

> all persons employed by Crocodile Enterprises, Inc. ("Crocodile") during the applicable statute of limitations period of August 12, 2018 through August 12, 2021, who contributed tips to the tip pool.

3. The Parties shall provide the Notice to the Class Members in accordance with the terms of the Settlement Agreement.

4. The opt-in period shall conclude forty-five (45) days from the date on which the Opt-In Forms and Notices are mailed to the Class Members, as confirmed by the

postmark on the return envelopes.

5.    Class Members shall have the option to fax or email the Opt-In Form no later than the Opt-In Deadline, as indicated on the Opt-In Form.

6.    The law firm of Weisberg Cummings, P.C. is appointed as lead counsel for purposes of representing plaintiff Penny P. Orner and all settlement participants.

7.    This action is **DISMISSED WITH PREJUDICE**.

8.    The Court retains jurisdiction over this action for purposes of overseeing any disputes arising from the implementation, administration, or enforcement of the settlement terms.

9.    All Participating Settlement Class Members, including the plaintiff Penny P. Orner, are **PERMANENTLY BARRED** from prosecuting any of the Released Claims against any of the Released Entities, as those terms are defined in the Settlement Agreement.

　　　　　　　　　　　　　　　　　　　　　/s/ TIMOTHY J. SAVAGE J.
　　　　　　　　　　　　　　　　　　　　TIMOTHY J. SAVAGE, J.